UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF ARKANSAS

DWAYNE ANDERSON,

    Plaintiff,

5:22-cv-05116-TLB

Vs.

PRESIDENT & CEO OF WALMART INC., WALMART INC,
SALLY CARROLL, RAY BUNCH, JENNIFER LOPEZ-JONES,
U.S. DISTRICT COURT CLERK, CLERK OF BENTON
COUNTY CIRCUIT COURT, KEMP, BAKER, HUDSON,
U.S. DEPARTMENT OF JUSTICE, and U.S. COURT OF APPEALS -EIGHTH CIRCUIT
JUDGES,

    Defendants.

---

**COMPLAINT FOR CIVIL AND COMMON LAW RIGHTS VIOLATIONS**

**AND**

**BIVENS ACTION**

---

**JURISDICTION**

    This is a simultaneously filed Complaint for Civil Rights violations for the deprivation of my Constitutional Rights, Common Law Rights violations, and Bivens Action.

**VENUE**

Venue is proper in this Court.

(Note: I recently had my legal documents stolen and/or thrown away, which my said documents included the subject case, thereby preventing me from knowing certain dates, names, and certain filing information)

## STATEMENT OF THE CASE

On July 7, 2020, I, Dwayne Anderson, the Plaintiff, filed with the Benton County District Court, in Arkansas, a civil action against the President & CEO of Walmart Inc., name unknown, and Walmart Inc. for said defendant President's willful and unlawful acts of concealing my written request to make a purchase for gift card and birthday cards for my brother's birthday, which I had provided simultaneously with my said order sufficient .55 cents postage to secure the costs for shipping and my method of paying for such. Prior to filing my said civil action, I attempted to arbitrate via JAMS Arbitration and Mediation with defendant Walmart but received no response from JAMS, which I had provided notice of such to the legal department of Walmart. Shortly after filing my said civil action with said Benton County District Court, the deputy clerk of said Court, defendant Sally Carroll, had returned my said civil action and the accompanying Application to Proceed In Forma Pauperis, to me on the basis that judge defendant Ray Bunch, of said Court, " had read my papers (civil action) and that they must be filed in the Benton County Circuit Court (Arkansas). However, there was no case number assigned to my said civil action, thereby prompting me to returned to said Court my said civil action accompanied by the letter of defendant Carroll and a letter/ complaint to the Clerk of said Court, defendant Jennifer Lopez-Jones, to have my civil action duly filed to received a case number and aa appropriate order from defendant Bunch as to whether that Court has competent jurisdiction over my said civil action. Nevertheless, defendant Lopez-Jones failed to respond. Thereafter, I filed a Complaint of Judicial Misconduct with the Arkansas agency against defendant Bunch, which was to no avail due to the distortion and omission of my presented facts. On a date uncertain, I filed with the U.S. District Court for the Western District of Arkansas an "Application for A Special grand jury, pursuant to 18 U.S.C. 3332(a) regarding the defendants of said court conspiring to and depriving me of my federally protected rights. Nevertheless, the defendant Clerk of said U.S. District Court had concealed the said grand jury application, thereby prompting me to file with the U.S. Court of Appeals for the Eighth Circuit a Petition for Writ of Mandamus to compel the judge of said U.S. District Court to compel defendant Clerk of that Court to duly filed my grand jury application. Neverthess, the panel of three defendant judges of said Court of Appeals, names unknown at the time due to aforesaid statement regarding my legal documents, had distorted and omitted my entire set of facts in my said mandamus petition to dismiss said petition, which said U.S. Court of Appeals has long been a detriment to my matters brought in that court, meaning depriving me of my civil rights,

which was duly presented to the U.S. Department of Justice via Complaint for Criminal violation by judges of said Court, which defendant DOJ failed to respond. Therefore, I was forced to filed in said Eighth Circuit Court of Appeals a futile Complaint of Judicial Misconduct against said defendant Court of Appeals judges for their described acts, which defendant judges had distorted and omitted my facts to dismiss my said misconduct complaint. (Misconduct Complaint Nos. Misconduct Complaint Nos. 21-9517, 21-9518, 21-9519). On December 13, 2021, I filed with the Supreme Court of Arkansas a Petition for Writ of Mandamus to compel defendant Clerk of Benton County Circuit Court to duly file my Petition for Writ of Mandamus that I filed with that Court. However, in an order of February 10, 2022 from the said Arkansas Supreme Court issued by defendant judges Kemp, Baker, and Hudson, no ruling was issued on my said mandamus filed with that Court. (Case No. CV-22-13). Moreover, the defendants had also discriminated against me on the basis of my being an African-American, of which they were well aware.

## CAUSES OF ACTION

The described acts of both the State and Federal defendants were willful, criminal, designed, and in concert with defendants President & CEO of Walmart and Walmart Inc. to prevent me from initiating my civil action against Walmart and its President and CEO, thereby constituting a violation of my First Amendment right to access the courts, Fourteenth Amendment right to due process of notice and a hearing, and equal protection under the law; racial discrimination in violations 42 U.S.C. 1981; conspiracy in violations of 42 U.S.C 1985; and the common law violations of fraud, theft, and unfair and deceptive business practices with regard to the Walmart defendants.

## RELIEF REQUESTED

Issue a permanent injunction enjoining all of the defendants described acts.

Award me compensatory damages in the amount of $20,000,000.00 jointly and severally against the named defendants for the physical, mental, and emotional damages I sustained as a result of said violations.

Award me punitive damages in the amount of $20,000,000.00 against each of the named defendants.

A jury trial on all issues triable.

I reserve the right to amend to the instant complaint.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief

Date: June 17, 2022.

*Dwayne Anderson*
DWAYNE ANDERSON
383 POPLAR AVENUE
MEMPHIS, TN. 38105

### CERTIFICATE OF SERVICE

I hereby certify that the true and exact copy of the foregoing has been sent on this 17th day of June, 2022, via prepaid first-class postage to:

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

OFFICE OF THE CLERK

35 EAST MOUNTAIN STREET

ROOM 510

FAYETTEVILLE, ARKANSAS 72701

*Dwayne Anderson*
DWAYNE ANDERSON

(4)

DWAYNE ANDERSON
383 POPLAR AVENUE
MEMPHIS TN. 38105





U.S. POSTAGE PAID
FCM LG ENV
MEMPHIS, TN
38103
JUN 17 22
AMOUNT
$2.36
R2305M144032-21

Received WD/AR
JUN 21 2022
U.S. Clerk's Office

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
35 EAST MOUNTAIN STREET
FAYETTEVILLE ARKANSAS 72701